# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| GILBERT SOLIS,<br><br>  Plaintiff,<br><br>  v.<br><br>DR. POLLICK,<br><br>  Defendant. | No. ED CV 14-01879-FMO (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

  IT IS THEREFORE ORDERED that:

///

///

///

///

///

///

1. The Magistrate Judge's Report and Recommendation is approved and accepted.

2. Defendant's motion for summary judgment is GRANTED.

3. Judgment shall be entered dismissing this case with prejudice.

Date: May 23, 2019              _____/s/_____
                                FERNANDO M. OLGUIN
                                United States District Judge