JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| GILBERT SOLIS, <br><br> Plaintiff, <br><br> v. <br><br> DR. POLLICK, <br><br> Defendant. | No. ED CV 14-01879-FMO (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

Date: May 23, 2019

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge